United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-1959EM

Valerie Kaelin; Terry Kaelin; Robert    *
Thomure; Helene Thomure,    *
   *
          Appellants,    *
   *
     v.    *
   *
Anne-Marie Clarke; Charles Mischeaux;   *
Freeman Bosley, Jr.; Matthew Padberg;   *    Appeal from the United States
Robert Haar, in their capacity as    *    District Court for the Eastern
members of the Board of Police    *    District of Missouri.
Commissioners for Metropolitan St.    *
Louis Police Department; Daniel G.    *      [UNPUBLISHED]
Simpher; Jack Huelsman; James    *
Gieseke; Ronald Henderson; Antoinette   *
Filla; Raymond Lauer; Clarence    *
Harmon, individually, each in their    *
capacity and as a police officer for the    *
City of St. Louis,    *
   *
          Appellees.    *

_____

Submitted: December 10, 1997
Filed:

_____

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

The police officer appellants appeal an adverse grant of summary judgment rejecting their contention that the Board of Police Commissioners and others violated the police officers' constitutionally protected right to privacy in undertaking an investigation into the police officers' compliance with a residency requirement that members of the police department live in the City of St. Louis. Having reviewed the record and the parties' briefs, we conclude that an extensive discussion is not warranted. The district court has written a comprehensive opinion addressing the issues raised by the parties, and we have nothing to add to the district court's analysis. We see no error by the district court and affirm the judgment substantially for the reasons stated in the district court's order. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.